COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:    01-14-00604-CV

Style:    Shea Palavan v. Brian Mcculley, Et Al.

Date motion filed:    August 4, 2014

Type of Motion:    Objection to Mediation

Party filing motion:    Appellee

It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated July 31, 2014.

Judge's signature: /s/ Sherry Radack

    x  Acting individually

Date:  August 13, 2014

---

\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).